No. D–580. IN RE DISBARMENT OF SISK. Mary Neal Sisk, of New York, N. Y., having requested to resign as a member of the Bar of this Court, it is ordered that her name be stricken from the roll of attorneys admitted to practice before the Bar of this Court. The rule to show cause, heretofore issued on October 20, 1986 [479 U. S. 912], is hereby discharged.

No. D–581. IN RE DISBARMENT OF HYBSHA. Disbarment entered. [For earlier order herein, see 479 U. S. 926.]

No. D–589. IN RE DISBARMENT OF BENEDICT. Mark J. Benedict, of Austin, Tex., having requested to resign as a member of the Bar of this Court, it is ordered that his name be stricken from the roll of attorneys admitted to practice before the Bar of this Court. The rule to show cause, heretofore issued on November 17, 1986 [479 U. S. 958], is hereby discharged.

No. D–611. IN RE DISBARMENT OF BRICKLE, 480 U. S. 902. Motion for reconsideration of order of disbarment denied.

No. D–621. IN RE DISBARMENT OF FOLAN. Disbarment entered. [For earlier order herein, see 480 U. S. 943.]

No. D–628. IN RE DISBARMENT OF BRUMFIELD. Disbarment entered. [For earlier order herein, see 481 U. S. 1010.]

No. D–632. IN RE DISBARMENT OF WHITTED. Earl Whitted, Jr., of Goldsboro, N. C., having requested to resign as a member of the Bar of this Court, it is ordered that his name be stricken from the roll of attorneys admitted to practice before the Bar of this Court. The rule to show cause, heretofore issued on May 4, 1987 [481 U. S. 1035], is hereby discharged.

No. D–637. IN RE DISBARMENT OF HOAGLAND. Robert D. Hoagland, of Charlotte, N. C., having requested to resign as a member of the Bar of this Court, it is ordered that his name be stricken from the roll of attorneys admitted to practice before the Bar of this Court. The rule to show cause, heretofore issued on June 1, 1987 [482 U. S. 903], is hereby discharged.

No. D–640. IN RE DISBARMENT OF OXFELD. Emil Oxfeld, of South Orange, N. J., having requested to resign as a member of the Bar of this Court, it is ordered that his name be stricken from the roll of attorneys admitted to practice before the Bar of this Court. The rule to show cause, heretofore issued on June 1, 1987 [482 U. S. 903], is hereby discharged.